PORTER | SCOTT
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Jennifer L. Thompson, SBN 337107
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
jthompson@porterscott.com

Attorneys for Defendants
CHRISTOPHER MARTIN, LEONEL GUZMAN, PANCHO FREER & JARED DEKKERS
***Exempt from filing fee pursuant to Government Code section 6103***

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BOBBIE SPIVEY, an individual;

Plaintiff,

v.

CHRISTOPHER MARTIN, individually and in his official capacity as a Police Officer for the City of Stockton Police Department, JOE CUELLAR, individually and in his official capacity as a Police Officer for the City of Stockton Police Department and DOES 1-50, inclusive, individually, jointly and severally,

Defendants. /

**Case No.:** 2:22-cv-00998-WBS-AC

**STIPULATION AND ORDER FOR SETTLEMEN CONFERENCE**

Complaint Filed: 6/8/2022

The parties, by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for a settlement conference to be conducted before Magistrate Judge Kendall J. Newman on December 15, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO STIPULATED.**

Dated: August 4, 2023

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ *William E. Camy*
William E. Camy
Jennifer L. Thompson
Attorneys for Defendants

Date: August 4, 2023

LAW OFFICES OF JOHN L. BURRIS

By: */s/ _John L. Burris _*
John L. Burris
Christopher Dean
Attorneys for Plaintiff

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for a Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on December 15, 2023, at 9:00 a.m., at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated: August 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE