**JOHN L. BURRIS, Esq., SBN 69888**
**CHRISTOPHER A. DEAN, Esq., Bar No. 550322**
**LAW OFFICES OF BURRIS NISENBAUM**
**CURRY & LACY, LLP**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
chris.dean@johnburrislaw.com

Attorneys for Plaintiff
BOBBIE SPIVEY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE SPIVEY, an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARTIN, individually and in his official capacity as a Police Officer for the City of Stockton Police Department, LEONEL GUZMAN, individually and in his official capacity as a Police Officer for the City of Stockton Police Department; PANCHO FREER, individually and in his official capacity as a Police Officer for the City of Stockton Police Department; JARED DEKKERS, individually and in his official capacity as a Police Officer for the City of Stockton Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　　Defendants.<br>_____/ | **Case No.:** 2:22-cv-00998-WBS-AC<br><br>**STIPULATION & ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

　　　　Pursuant to the fully executed Settlement Agreement and Release, it is hereby stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendants be dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

1

STIP AND ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

Date: February 12, 2024                          BURRIS NISENBAUM CURRY & LACY, LLP

                                                        /s/ John L. Burris
JOHN L. BURRIS
Attorneys for Plaintiff


PORTER SCOTT


Date:   February 12, 2024                          /s/ William E. Camy
WILLIAM E. CAMY
Attorney for Defendants

2

STIP AND ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE SPIVEY, an individual;<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARTIN, individually and in his official capacity as a Police Officer for the City of Stockton Police Department, LEONEL GUZMAN, individually and in his official capacity as a Police Officer for the City of Stockton Police Department; PANCHO FREER, individually and in his official capacity as a Police Officer for the City of Stockton Police Department; JARED DEKKERS, individually and in his official capacity as a Police Officer for the City of Stockton Police Department; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>        Defendants. | Case No.: 2:22-cv-00998-WBS-AC<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE F.R.C.P. 41(a)(1)(a)(ii)** |

IT IS HEREBY ORDERED, that pursuant to the fully executed Settlement Agreement and Release as stipulated by the parties, by and through their respective counsel of record, that this entire action including, but not limited to, all causes of action against Defendants be dismissed with prejudice as provided for under FRCP 41(a)(1)(A)(ii), with each side to bear their own costs and fees.

Dated:  February 12, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE